```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

LARRY D. ADAMS #R5340                                          PLAINTIFF

VS.                                   CIVIL ACTION NO. 3:10CV531TSL-MTP

CHRISTOPHER B. EPPS ET AL.                                    DEFENDANTS

<u>ORDER</u>

This cause is before the court on the objection of plaintiff Larry D. Adams to the magistrate judge's report and recommendation entered on October 24, 2011. Having reviewed plaintiff's submission, the court now concludes that plaintiff's objection is without merit and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Michael T. Parker entered on or about October 24, 2011, be, and the same is hereby, adopted as the finding of this court.

SO ORDERED this 21st day of November, 2011.

/s/Tom  S. Lee
UNITED STATES DISTRICT JUDGE