UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LARRY D. ADAMS #R5340                                     PLAINTIFF

VS.                               CIVIL ACTION NO. 3:10CV531TSL-MTP

CHRISTOPHER B. EPPS ET AL.                            DEFENDANTS

<u>ORDER</u>

This cause is before the court on the objection of plaintiff Larry D. Adams to the magistrate judge's report and recommendation entered on March 20, 2012. Having reviewed plaintiff's submission, the court now concludes that plaintiff's objection is without merit and hereby adopts, as its own opinion, the magistrate judge's report and recommendation subject to the ampliflication that the thrust of plaintiff's allegations, as evidence by his filing at docket number 7, is that his property was taken in derogation of MDOC's policies and procedures, that is, to say, it is plaintiff's position that the alleged taking(s) at issue were "random and unauthorized."

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Michael T. Parker entered on or about March 20, 2012, be, and the same is hereby, adopted as the finding of this court.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 17th day of April, 2012.


                                       <u>/s/ Tom S. Lee</u>
                                   UNITED STATES DISTRICT JUDGE